JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MELISSA MELTON,

       Plaintiff,

       v.

KILOLO KIJAZAKI, Acting
Commissioner of Social Security,

       Defendant.

Case No. 5:23-cv-00119-MAA

**JUDGMENT**

    In accordance with the Memorandum Decision and Order Reversing Decision of the Commissioner and Remanding for Further Administrative Proceedings filed herewith,

    **IT IS HEREBY ADJUDGED** that the decision of the Commissioner of Social Security is reversed and that this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: August 21, 2023

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE